# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Drew Depoy<br><br>v.<br><br>Stable Road Acquisition Corp. et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER**<br><br>2:21-cv-06287 JFW(PLAx)<br><br>**ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1**<br>**(Magistrate Judge Related Cases)** |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 21-01.

August 5, 2021 — Date

*/s/ Shashi H. Kewalramani*
Shashi H. Kewalramani
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date                United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:21-cv-05744 JFW(SHKx)   and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials   **SHK**   after the case number in place of the initials of the prior judge, so that the case number will read   **2:21-cv-06287 JFW(SHKx)**   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34A (03/21)    ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)